# BOND RIDER

TO BE ATTACHED TO AND FORMS PART OF BOND NUMBER 96547 ISSUED BY
EMPIRE FIRE & MARINE INSURANCE COMPANY,
SURETY, Omaha, Nebraska

COURT FILE #: 01-CV-1425 RHK/SRN

UNITED STATES DISTRICT COURT: DISTRICT OF MINNESOTA

PRINCIPAL: C.H. Robinson Company, a Minnesota corporation

OBLIGEE: D.M.B. Corp., d/b/a The DiMere Company and Koam Produce, Inc.

EFFECTIVE DATE OF BOND: August 07, 2001

In consideration of the premium charged it is agreed that:

On the 7th day of August, 2001, the undersigned issued that certain supersedeas bond (the "Bond") in consideration of premium paid by C.H. Robinson Company ("Principal") paid to EMPIRE FIRE & MARINE INSURANCE COMPANY ("Surety"). Principal paid this premium for the express purpose of obtaining the Bond for its appeal to the United States District Court for the District of Minnesota. Due to a scrivener's error on the part of the Surety and its agent, the Bond contains one erroneous reference to the Eighth Circuit Court of Appeals. The erroneous reference to the Eighth Circuit Court of Appeals was intended to be a reference to the United States District Court for the District of Minnesota.

The sole purpose of this rider is to correct the scrivener's error of the Surety and its agent. The Surety hereby decrees that any references to the Eighth Circuit are retroactively, as if corrected in the original, deemed to be references to the United States District Court for the District of Minnesota. Surety also warrants that the Bond has, with full force and effect and from the date of its issuance, protected against all risks covered therein as if the erroneous references to the Eighth Circuit Court of Appeals were in fact references to the United States District Court for the District of Minnesota. This rider relates back to the original date of issuance of the Bond, and merely corrects a scrivener's error contained therein.

All other terms and conditions remain the same.

PROVIDED, However, that all other agreements, limitations and conditions of the bond to which this rider is attached remain unchanged and that the liability of the surety under the bond and the rider shall not be cumulative.

Approved this 29th day of August, 2001.

Judge

FILED AUG 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**EMPIRE FIRE & MARINE INSURANCE COMPANY**

By: ______________________
Matthew W. Davies, Attorney-In-Fact

## ACKNOWLEDGMENT OF SURETY

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

On this 24th day of August, 2001, before me, a notary public in and for said County, personally appeared Matthew W. Davies of the EMPIRE FIRE & MARINE INSURANCE COMPANY, a corporation of Omaha, Nebraska, created, organized and existing under and by virtue of the laws of the State of Minnesota, that the said instrument was executed on behalf of the said corporation by authority of its Board of Directors and that the said Matthew W. Davies acknowledges said instrument to be the free act and deed of said corporation and that he has authority to sign said instrument without affixing the corporate seal of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal at Minneapolis, Minnesota, the day and year last above written.

______________________
Notary Public, Laurie A. McKay

ORIGINAL BOND AMOUNT: $15,000.00
ADJUSTED BOND AMOUNT: $15,000.00

ORIGINAL BOND PREMIUM: $150.00
ADJUSTED BOND PREMIUM: $150.00

**EMPIRE FIRE AND MARINE INSURANCE COMPANY**
OMAHA, NEBRASKA
**POWER OF ATTORNEY**

## Know All Men by These Presents:

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Nebraska, and having its principal office in the City of Omaha, County of Douglas, State of Nebraska, does hereby make, constitute and appoint Richard H. Davies, Bruce A. Myers, Nicholas L. Newton, Carolyn L. Davies, Matthew W. Davies and Pamela M. Driesch its true and lawful Attorney(s)-in-fact, to make, execute, sign, seal and deliver for and on its behalf as surety and as its act and deed any and all bonds and undertakings of suretyship.

**NOT EXCEEDING IN AMOUNT**

Seven Hundred and Fifty Thousand and No/100---------------------------------------------------------------- Dollars ($ 750,000. ) and to bind EMPIRE FIRE AND MARINE INSURANCE COMPANY thereby as fully and to the same extent as if such bonds and undertakings and other writings obligatory in the nature thereof were signed by an Executive Officer of EMPIRE FIRE AND MARINE INSURANCE COMPANY and sealed and attested to by one other of such officers, and hereby ratifies and confirms all that its said Attorney(s)-in-fact may do in pursuance hereof.

This power of attorney is granted under and by authority of Article III, Section 3.1 of the By-Laws of the EMPIRE FIRE AND MARINE INSURANCE COMPANY and by Resolution of the Board of Directors duly adopted as follows:

"All bonds, policies, undertakings or other obligations of the corporation shall be executed in the corporate name of the Company by the Chairman of the Board, President, any Vice-President, Secretary, any Assistant Secretary, or Treasurer, or by such other officers as the Board of Directors may authorize. The Chairman of the Board, President, any Vice-President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings or other obligations of the corporation."

It is certified that the above is a true and exact copy.

In Witness Whereof, the EMPIRE FIRE AND MARINE INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed, duly attested by its Secretary this 19th day of June , 2000.

Attest:

EMPIRE FIRE AND MARINE INSURANCE COMPANY

John Kinsler Secretary

John J McCarty President

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS)

On this 19th day of June , A.D. 2000, before me personally came John Kinsler to me known, who being by me duly sworn, did depose and say: that he resides in the County of Douglas, State of Nebraska; that he is the Secretary of the EMPIRE FIRE AND MARINE INSURANCE COMPANY, the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

Signed and sealed at the City of Omaha. Dated 19th day of June , 2000.

GENERAL NOTARY-State of Nebraska
CAROL L. WHITE
My Comm. Exp. Jan. 2, 2003

Carol L White
Notary Public

**CERTIFICATE**

I, the undersigned, Secretary of the EMPIRE FIRE AND MARINE INSURANCE COMPANY, A Nebraska Corporation DO HEREBY CERTIFY that the foregoing and attached POWER OF ATTORNEY remains in full force and has not been revoked; and furthermore, that the Resolutions of the Board of Directors set forth in the Power of Attorney are now in force.

Signed and sealed at the City of Omaha. Dated the 24th day of August , 2001

John Kinsler Secretary

EM 40 10 (06-00)