# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

C.H. Robinson Company

v.

D.M.B. Packing Corp and Koam Produce, INc.

Case No. Civil 01-1425RHK/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's motion for summary judgment is GRANTED; the 7/9/01 decision and order of the Secretary of Agriculture, including the monetary awarded provided therein in favor of respondent and against petitioner is VACATED and SET ASIDE; the petition for review is DISMISSED; and the supersedeas bond is DISCHARGED.

DATE: March 26, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk